## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
DUDEK, MYRON § Case No. 13-03173
DUDEK, CAROLINE §
 §
 §
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/17/2014 in Courtroom 4016,
Henry Hyde Judicial Office Facility
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2013          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DUDEK, MYRON § Case No. 13-03173
DUDEK, CAROLINE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 62.25 |
| leaving a balance on hand of[1] | $ | 11,937.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,950.00 | $ 0.00 | $ 1,950.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,950.00 |
| Remaining Balance | $ 9,987.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,089.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One | $ 7,193.94 | $ 0.00 | $ 1,236.91 |
| 2 | FIA Card Services | $ 34,134.59 | $ 0.00 | $ 5,869.01 |
| 3 | PNC Bank | $ 16,761.00 | $ 0.00 | $ 2,881.83 |

Total to be paid to timely general unsecured creditors   $ 9,987.75

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                        Case No. 13-03173-DRC
Myron Dudek                                                                   Chapter 7
Caroline Dudek
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                  Date Rcvd: Dec 12, 2013
                              Form ID: pdf006             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2013.
db/jdb       +Myron Dudek,    Caroline Dudek,    500 E. Red Oak St.,    Bensenville, IL 60106-3127
19969934     ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19969935     +Bank of America,    PO Box 25118,    Tampa, FL 33622-5118
20321884      Capital One, N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
19969936     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
20464342      FIA CARD SERVICES, N.A.,     4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19969938     +Freedom Financial,    PO Box 85400,    Austin, TX 78708-5400
20585891     +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19969939     +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
19969940     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19969937     ##FIA Card Services,    PO Box 15137,    Wilmington, DE 19850-5137
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2013 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              David  Chang    on behalf of Joint Debtor Caroline  Dudek dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              David  Chang    on behalf of Debtor Myron  Dudek dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```