UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DUDEK, MYRON § Case No. 13-03173
DUDEK, CAROLINE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Freedom Financial PO Box 85400 Austin, TX 78708 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | FIA Card Services PO Box 15137 Wilmington, DE 19850-5137 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| 1 | CAPITAL ONE | | | | | |
| 2 | FIA CARD SERVICES | | | | | |
| 3 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-03173 | Judge: DONALD R. CASSLING |
| Case Name: | DUDEK, MYRON | |
| | DUDEK, CAROLINE | |
| For Period Ending: | 03/11/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/28/13 (f) |
| 341(a) Meeting Date: | 02/26/13 |
| Claims Bar Date: | 06/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 25,704.00 | 0.00 | | 12,000.00 | FA |
| 2. REAL PROPERTY | 186,202.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 900.00 | 0.00 | | 0.00 | FA |
| 4. PIANO | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 6. PENSION PLANS AND PROFIT SHARING | 5,561.00 | 0.00 | | 0.00 | FA |
| 7. FUNDS IN REVERSE MORTGAGE | 0.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILES AND OTHER VEHICLES | 200.00 | 0.00 | | 0.00 | FA |

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $219,967.00 | $0.00 | $12,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been submitted to UST

Initial Projected Date of Final Report (TFR): 10/31/13     Current Projected Date of Final Report (TFR): 10/31/13

LFORM1     Ver: 17.05
**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-03173 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DUDEK, MYRON | | Bank Name: | ASSOCIATED BANK |
| | DUDEK, CAROLINE | | Account Number / CD #: | *******1525 Checking - Non Interest |
| Taxpayer ID No: | *******4732 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/13 | 1 | Myron and Caroline Dudek | liquidation of bank acct | 1129-000 | 12,000.00 | | 12,000.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,990.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.25 | 11,972.75 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.80 | 11,954.95 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.20 | 11,937.75 |
| 01/27/14 | 010001 | BRENDA PORTER HELMS, TRUSTEE<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | 2100-000 | | 1,950.00 | 9,987.75 |
| 01/27/14 | 010002 | Capital One<br>by American InfoSource LP<br>P.O. Box 71083<br>Charlotte NC 28272 | Claim 1, Payment 17.19378% | 7100-000 | | 1,236.91 | 8,750.84 |
| 01/27/14 | 010003 | FIA Card Services<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro NC 27410 | Claim 2, Payment 17.19373% | 7100-000 | | 5,869.01 | 2,881.83 |
| 01/27/14 | 010004 | PNC Bank<br>P.O. Box 94982<br>Cleveland OH 44101 | Claim 3, Payment 17.19366% | 7100-000 | | 2,881.83 | 0.00 |

Page Subtotals     12,000.00     12,000.00

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-03173 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | DUDEK, MYRON | Bank Name: | ASSOCIATED BANK |
|  | DUDEK, CAROLINE | Account Number / CD #: | *******1525 Checking - Non Interest |
| Taxpayer ID No: | *******4732 |  |  |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  | COLUMN TOTALS | 12,000.00 | 12,000.00 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  |  | Subtotal | | 12,000.00 | 12,000.00 | |
|  |  |  | Less: Payments to Debtors | | | 0.00 | |
|  |  |  | Net | | 12,000.00 | 12,000.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Checking - Non Interest - *******1525 | 12,000.00 | 12,000.00 | 0.00 |
|  |  | 12,000.00 | 12,000.00 | 0.00 |
|  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/  BRENDA PORTER HELMS, TRUSTEE   Date: 03/11/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals          0.00          0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*